**In the Matter of the Petition of Maude
Evelyn LANE.**

**No. 8899.**

Circuit Court of Appeals, Ninth Circuit.

Sept. 6, 1938.

Grainger & Hunt, of Los Angeles, Cal., for petitioner.

McKinstry, Haber & Coombes, of San Francisco, Cal., for Anglo California Nat. Bank.

Before GARRECHT, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon consideration of the petition for allowance of appeal herein under section 24b of the Bankruptcy Act, 11 U.S.C.A. § 47(b), and of the memorandum in opposition thereto, and by direction of the court, it is ordered that the said petition for allowance of appeal be, and hereby is denied.